IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SIMEON DEMPS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                                    CASE NO. 1D16-1653

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed July 8, 2016.

An appeal from an order of the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Simeon Demps, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Giselle D. Lylen, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

   AFFIRMED.

WOLF, B.L. THOMAS and OSTERHAUS, JJ., CONCUR.